Rayon Burns SIMMONS, Appellant,

v.

**UNITED STATES of America, Appellee.**

No. 05–1190.

United States Court of Appeals, Eighth Circuit.

Submitted May 5, 2005.

Decided May 9, 2005.

Rayon Burns Simmons, Federal Prison Camp, Millington, TN, Pro se.

Edward J. Rogers, Asst. U.S. Attorney, U.S. Attorney's Office, St. Louis, MO, for Appellee.

Before SMITH, FAGG, and MAGILL, Circuit Judges.

PER CURIAM.

Rayon Burns Simmons appeals the district court's * denial of Simmons's motion to expunge his criminal record. Simmons has provided no basis for the relief he

---

* The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.

seeks. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

* The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.